UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES STEWART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:23-cv-00045-SRC |
| | ) |
| LOGAN GREEN, et al., | ) |
| | ) |
| Defendants. | ) |

**Memorandum and Order**

On April 6, 2023, the Court ordered Plaintiff James Stewart to either pay the filing fee or file a motion for leave to proceed in forma pauperis. Doc. 3. The Court also directed him to file an amended complaint on a Court-provided form. The Court gave Plaintiff twenty-one days in which to respond, and advised him that his failure to comply would result in the dismissal of this action without prejudice and without further notice. *Id.*

The Court did not receive any response from Plaintiff. Instead, on April 25, 2023, mail sent to Plaintiff was returned as undeliverable. Doc. 4. The return envelope indicated that the mail could not be forwarded. Because the Clerk of Court could not verify a new address, the mail was not re-sent.

Local Rule 2.06(B) requires every self-represented party to promptly notify the Clerk of Court of any change in address. The rule further provides that "[i]f any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." E.D. Mo. L.R. 2.06(B).

In this case, more than thirty days have elapsed since Plaintiff's mail was returned as undeliverable. Plaintiff has not provided his new address, nor has he submitted anything further to the Court. As such, the Court dismisses this action without prejudice.

Accordingly, the Court dismisses this case without prejudice. *See* E.D. Mo. L.R. 2.06(B). A separate order of dismissal accompanies this memorandum and order.

Dated this 31st day of May 2023.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE